IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                            )<br>                        Plaintiff,         )<br>                                                            )<br>            v.                                             )<br>                                                            )<br>INDEPENDENT LIVING APARTMENTS, INC. and )<br>STONY RIDGE DAY TREATMENT, INC., a/k/a  )<br>    Stoney Ridge Day Treatment and Wellness Clinic, )<br>    d/b/a Outpatient Therapy, Inc.              )<br>                                                            )<br>                        Defendants.      ) | 4:03CR3085<br><br>ORDER OF DISMISSAL |

This matter is before the Court on plaintiff's motion for order of dismissal (Filing No. 228). Pursuant thereto,

IT IS ORDERED plaintiff's motion is granted; all counts of the indictment are dismissed as to Independent Living Apartments, Inc. and Stony Ridge Day Treatment, Inc.

March 17, 2006.                          BY THE COURT:

                                         s/ *Richard G. Kopf*
                                         United States District Judge